# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## JUDGMENT RENDERED JULY 10, 2024

---

## NO. 03-23-00438-CR

---

**Morris Sorrells, Appellant**

**v.**

**The State of Texas, Appellee**

---

**APPEAL FROM THE 421ST DISTRICT COURT OF CALDWELL COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND THEOFANIS
AFFIRMED -- OPINION BY JUSTICE THEOFANIS**

---

This is an appeal from the judgment revoking community supervision entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment revoking community supervision. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 10, 2024

## NO. 03-23-00439-CR

**Morris Sorrells, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 421ST DISTRICT COURT OF CALDWELL COUNTY
## BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND THEOFANIS
## AFFIRMED -- OPINION BY JUSTICE THEOFANIS

This is an appeal from the judgment revoking community supervision entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment revoking community supervision. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.